UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG, | CASE NO. C25-2342JLR |
| Plaintiff, | ORDER |
| v. | |
| THE KROGER CO., | |
| Defendant. | |

Before the court are two motions to dismiss filed by Defendant The Kroger Co. ("Kroger"). (1st MTD (Dkt. # 16); 2d MTD (Dkt. # 21).) On December 15, 2025, Kroger moved to dismiss Plaintiff Scott Francis Iceberg's original complaint. (1st MTD.) Mr. Iceberg filed an amended complaint later that same day. (Am. Compl. (Dkt. # 17)); *see* Fed. R. Civ. P. 15(a) (allowing a party to amend its pleading once as a matter of course within 21 days after service of a motion to dismiss under Rule 12(b)). On December 29, 2025, Kroger moved to dismiss Mr. Iceberg's amended complaint. (2d MTD.) It did not, however, withdraw its first motion to dismiss. (*See generally* Dkt.)

ORDER - 1

1       In general, an amended complaint supersedes all previous complaints and renders them without legal effect. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). As a result, courts routinely deem a motion to dismiss moot when the opposing party timely files an amended pleading instead of an opposition brief. *See id.*; *see also* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading once as a matter of course no later than 21 days after service of a motion to dismiss). Consistent with this practice, the court DEEMS Kroger's first motion to dismiss (Dkt. # 16) moot and STRIKES the first motion to dismiss.

      Dated this 30th day of December, 2025.

_____
JAMES L. ROBART
United States District Judge